**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 04-1275**

CHARLES WILLIAM LEVY,

Plaintiff - Appellant,

versus

COUNTY OF FAIRFAX, VIRGINIA; DEPARTMENT OF
FAMILY SERVICES; LERNER CORPORATION,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-04-96-A)

Submitted: April 29, 2004          Decided: May 5, 2004

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Charles William Levy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles William Levy appeals from the district court's orders dismissing his civil action for lack of jurisdiction and denying his motion for reconsideration. Our review of the record and the district court's opinions disclose no reversible error. Accordingly, we deny Levy's motions to proceed in forma pauperis and for an injunction and dismiss the appeal for the reasons stated by the district court. See Levy v. County of Fairfax, No. CA-04-96-A (E.D. Va. Feb. 2, 2004 & Feb. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED